# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**SAID HERRERA,**                                    :

      **Petitioner**                          :

                     **CIVIL ACTION NO. 3:13-0307**

      **v.**                                 :

                     **(Judge Mannion)**

**D. ZICKENFOOSE, Warden**                 :

      **Respondent**                          :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.    The above captioned petition for writ of habeas corpus is **DENIED**.

2.    The Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**


**DATED: October 31, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0307-01-ORDER.wpd